# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**STEPHEN BILLINGS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-3228

[May 7, 2020]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Steven J. Levin, Judge; L.T. Case No. 432019CA001061A.

Carey Haughwout, Public Defender, and Paul Petillo, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Matthew Hatfield, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN and KLINGENSMITH, JJ., and LEVENSON, JEFFREY R., Associate Judge, concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***